# Richmond.

## LAUBE V. THE COMMONWEALTH.

### December 5th, 1888.

1. CONSTITUTION—*Taxation—Obligation of contracts.*
2. IDEM—*Expert testimony—Rules of evidence.*

Error to judgment of circuit court of city of Richmond, rendered February 18, 1888, in proceedings wherein the Commonwealth was plaintiff and the plaintiff in error, John Laube, was the defendant.

*Wm. L. Royall,* for plaintiff in error.

*Attorney-General R. A. Ayers,* for defendant in error.

LACY, J., delivered the opinion of the court.

This, like the case of *McGahey* v. *Com'th, ante,* p. 519, is an action under the act of May 12, 1887, and the errors assigned are the same assigned in the foregoing case, and the judgment of the circuit court of the city of Richmond is affirmed, for the reasons set forth in the opinion of this court in the said case of *McGahey* v. *Com'th.*

LEWIS, P., dissented.

JUDGMENT AFFIRMED.